**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 2:18cr50 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Robert Curtis Johnson | ) | |

**MOTION TO WITHDRAW MOTION TO CONTINUE SENTENCING HEARING**

    COMES NOW Jack M. Downie and respectfully moves the court to withdraw his previous motion to continue sentencing hearing that was filed on November 19, 2019.

I.

Counsel's wife went into labor early and is now home from the hospital with a happy and healthy baby.

II.

Counsel prays the court grant his withdrawal of his motion to continue sentencing to a later date.

Respectfully submitted this 24th day of November, 2019.

DOWNIE LAW FIRM, LLC

*Jack M. Downie*

_____

**Jack M. Downie**
State Bar # 813753

P. O. Box 926
Vidalia, Georgia 30475
(912) 537-9265

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 2:18cr50 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Robert Curtis Johnson | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 24th day of November, 2019.

/**S**/Jack M. Downie

P. O. Box 926                        **JACK MORRIS DOWNIE**
Vidalia, Georgia 30475              State Bar # 813753
(912) 537-9265