FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 DEC -2 AM II: 00

Caswell
CLERK
SO. DIST. OF GA.

# United States District Court
## for the Southern District of Georgia
### Brunswick Division

UNITED STATES OF AMERICA,

v.                                                    CR 218-050-17

ROBERT CURTIS JOHNSON,

    Defendant.

## ORDER

Before the Court is Defense Counsel's motion to continue the sentencing hearing, as well as his motion to withdraw that motion. Dkt. Nos. 765, 766. Defense Counsel's motion to withdraw, dkt. no. 766, is **GRANTED**. His motion to continue, dkt. no. 765, is **DENIED as moot**. The sentencing hearing for Defendant Robert Johnson will go forward as scheduled on December 5, 2019 at 1:30 o'clock p.m. in Brunswick, Georgia.

**SO ORDERED**, this ⎯ day of December, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)